

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 19  PH 3: 33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-254** |
| **ELIZABETH D. VIZINAT** | **SECTION "B"(2)** |

### FINAL JUDGMENT

This Court granted Plaintiff United States of America's Motion for Summary Judgment on July 17, 2000 (Rec. Doc. No. 8). The motion for summary judgment resolved all of the plaintiff's claims against Defendant Elizabeth D. Vizinat. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in **FAVOR** of Plaintiff United States of America and **AGAINST** Defendant Elizabeth D. Vizinat in the amount of Six Thousand One Hundred Forty-Six and 83/100 Dollars ($6,146.83), with interest accruing on the principle amount at the rate of eight percent (8%) per annum or at the daily rate of $0.58 from November 30, 1999 to the date of the judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that interest from the date of the judgment until paid in full shall accrue at the Treasury Bill rate (28 U.S.C. § 1961).

DATE OF ENTRY

JUL 2 0 2000

1

_CtrmDep_
Doc.No. __

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant

Elizabeth D  Vizinat shall bear all costs of these proceedings.

New Orleans, Louisiana, this _/7th_ day of July, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2