AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

UNITED STATES OF AMERICA

V.

ELIZABETH D. VIZINAT

BILL OF COSTS

Case Number: 00-0254 "B" (2)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 31 AM 11:29

LORETTA G. WHYTE
CLERK

JUL 3 1 2000

Judgment having been entered in the above entitled action on __July 20, 2000__ against __Elizabeth D. Vizinat__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 37.05 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20.00 |
| TOTAL | $ 207.05 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __ELIZABETH D. VIZINAT__

Signature of Attorney: _[signature]_

Name of Attorney: ENEID A. FRANCIS, ASSISTANT U.S. ATTORNEY, CHIEF, CIVIL DIVISION

For: __UNITED STATES OF AMERICA__   Date: 7/31/00
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time   Date and Time   August 9, 2000, 3:30 p m

Costs are taxed in the amount of __$207.05__ and included in the judgment

_[signature]_ Loretta G. Whyte   By: _____
Clerk of Court   Deputy Clerk

DATE OF ENTRY __AUG - 9 2000__

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___