```
                    FILED
               U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 JAN 17 PM 4:06

              LORETTA G. WHYTE
                   CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**January 17, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0254** |
| **ELIZABETH D. VIZINAT** | * | **SECTION: "B"** |

### HEARING ON MOTIONS

**APPEARANCE(S):**   VIA TELEPHONE: Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Elizabeth D. Vizinat, has paid the debt in full. Subsequently, Ms. Jefferson indicated that the judgment debtor examination scheduled for Wednesday, January 24, 2001, at 11:00 a.m. is deemed **SATISFIED.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JAN 1 8 2001

```
___Fee_____
___Process____
_X_Dktd  ско
___CtRmDep____
   Doc.No. 13
```