**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 19 AM 11:22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| *Financial Litigation Unit* | *Hale Boggs Federal Building*<br>*501 Magazine Street, Second Floor*<br>*New Orleans, LA 70130* | *Telephone: (504) 680-3000*<br>*Fax: (504) 589-3602* |

January 18, 2001

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:  United States v. Elizabeth D. Vizinat
           Civil Action No. 00-0254

Dear Mrs. Whyte:

    The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

    Your assistance is appreciated.

                Very truly yours,

                EDDIE J. JORDAN, JR.
                UNITED STATES ATTORNEY

                ENEID A. FRANCIS
                Assistant United States Attorney
                Chief, Civil Division

Fee ___
Process ___
X Dktd ___
___ CtRmDep
Doc.No. 15